# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JASON TREW,<br><br>                     **Plaintiff,**<br><br>      vs.<br><br>JESSE W. HARTTER, and HARTTER FARMS, LLC,<br><br>                    **Defendants.** | 8:23CV86<br><br>ORDER TO SHOW CAUSE |

      The records of the Court show that on April 11, 2023, a letter (Filing No. 13) was sent to the following attorney from the Office of the Clerk directing that he register for the Case Management/Electronic Case Filing System ("System"):

      **Sean P. Rensch**
      **RENSCH, RENSCH LAW FIRM**
      **7602 Pacific Street**
      **Suite 102, John D. Wear Building**
      **Omaha, NE 68114**

      **IT IS ORDERED** that on or before June 9, 2023, the attorney listed above shall either comply with the requests set forth in the letters from the Clerk of the Court or show cause by written affidavit why they cannot comply with the rules of the Court. Failure to comply with this order will result in Sean P. Rensch being removed as counsel of record.

      Dated this 25th day of May, 2023.

                                                               BY THE COURT:

                                                               s/Michael D. Nelson
                                                               United States Magistrate Judge