# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JASON TREW,<br><br>    **Plaintiff,**<br><br>and<br><br>LANDMARK IMPLEMENT, INC.<br><br>    **Interested Party,**<br><br>vs.<br><br>JESSE W. HARTTER, and HARTTER FARMS, LLC,<br><br>    **Defendants.** | 8:23CV86<br><br>ORDER |

Upon notice of settlement given to the undersigned magistrate judge by counsel for defendant,

**IT IS ORDERED:**

1. On or before **January 13, 2025**, the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) that will fully dispose of the case;

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice; and

3. The Clerk of Court shall terminate the pretrial and trial settings, and any hearings set for this case.

Dated this 11th day of December, 2024.

                BY THE COURT:

                s/Michael D. Nelson
                United States Magistrate Judge